## In re Estate of Girolamo Fiumefreddo, Deceased. John Fiumefreddo et al., Appellants.

### Gen. No. 43,210.

Heard in the second division, first district, this court at the October term, 1944; opinion filed May 29, 1945; released for publication June 14, 1945. Fleck, Calcagno & Pollack and Owens & Owens, for appellants; David Alswang, Alexander H. Glick and Melbourne A. Chapp, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.